UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JOHN WALDEN,

                              Petitioner,                                                                     19-CV-11409 (GBD)(SN)

            -against-                                                    **ORDER**

WALCOTT, Superintendent,

                              Respondent.
-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       On January 28, 2021, Petitioner John Walden filed a new civil action in this Court, alleging that police officers from the New York City Police Department (NYPD) illegally searched him and then falsely arrested him. See Walden v. City of New York, No. 21-cv-0785, ECF No. 2 (S.D.N.Y.). On March 12, 2021, the Court received a new submission from Walden, titled "Amended Complaint," that was filed in this habeas corpus proceeding. ECF No. 55. The submission, however, raises the same claims as Walden raises in the 21-cv-0785 action, and does not relate to this proceeding. Thus, it appears the submission was filed in this action in error.

       Accordingly, the Court respectfully directs the Clerk of Court to file the Amended Complaint, ECF No. 55, in the 21-cv-0785 matter as the amended complaint.

       The Clerk of Court is respectfully directed to mail a copy of this Order to Petitioner.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    March 17, 2021
              New York, New York