**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------ x

JOHN WALDEN,

                Petitioner,

  -against-

WALCOTT, *Superintendent*,

                Respondent.

ORDER

19 Civ. 11409 (GBD) (SN)

------------------------------------ X

GEORGE B. DANIELS, District Judge:

    The Clerk of Court is directed to close Petitioner's Rule 12(c) motion, (ECF No. 32), Rule 12(c) motion, (ECF No. 35), motion for reconsideration of the order denying his motion to strike (ECF No. 46), and motion for reconsideration of the order to show cause, (ECF No. 50). Pursuant to Magistrate Judge Netburn's November 22, 2021 Order, (ECF No. 60), these submissions are construed as oppositions to Respondent's motion to dismiss, (ECF No. 24).

Dated: March 24, 2022
      New York, New York

SO ORDERED.

*[signature]*

GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE