UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JOHN WALDEN,

                    Petitioner,

      -against-                                  19 **CIVIL** 11409 (GBD)(SN)

## **JUDGMENT**

WALCOTT, Superintendent,

                    Respondent.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated March 29, 2022, Respondent's motion to dismiss Petitioner's unexhausted claims is GRANTED. The remaining claims lack any cognizable merit. Therefore, the habeas corpus petition is dismissed in its entirety.

**Dated:**  New York, New York

      March 29, 2022

                                  **RUBY J. KRAJICK**

                                  **Clerk of Court**
          **BY:**     *K. Mango*

                                  **Deputy Clerk**