UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JOHN WALDEN,

                        Petitioner,                    19-CV-11409 (GBD)(SN)

     -against-                                  **ORDER**

WALCOTT,

                        Respondent.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        Petitioner filed a letter, dated March 18, 2024, with the Second Circuit Court of Appeals. In that letter, Petitioner indicates that he will no longer litigate this case in the District Court and will instead be filing all future motions in the Court of Appeals. See, No. 21-135-cv, ECF No. 92. Petitioner is advised that, until judgment is entered in the District Court and an appeal is filed with the Court of Appeals, the case will remain in the District Court. Accordingly, the current briefing schedule remains in place.

 **SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     April 11, 2024
                New York, New York