UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

JOHN WALDEN,

                Petitioner,                    19-CV-11409 (GBD)(SN)

    -against-                                               **ORDER**

WALCOTT,

                Respondent.

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        Respondent is directed to review Petitioner's letter at ECF No. 97, which includes a petition dated April 4, 2024. By May 10, 2024, Respondent shall file a letter explaining whether the April 4, 2024 petition should amend and replace Petitioner's original petition in this case, or whether it should be filed as an original petition in a new case. To the extent that Respondent believes that the April 4, 2024 petition is an amended petition, Respondent may request a brief adjournment to address the claims raised therein.

**SO ORDERED.**

                                                      SARAH NETBURN
                                                      United States Magistrate Judge

DATED:     May 3, 2024
                 New York, New York