USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/25/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

JOHN WALDEN,

                Petitioner,              19-CV-11409 (GBD)(SN)

    -against-                         **ORDER**

WALCOTT,

                Respondent.
-------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

    Petitioner has recently filed several letters requesting release from the Orleans Correctional Facility. ECF Nos. 149-152. On February 5, 2025, the Court issued a Report and Recommendation to District Judge Daniels recommending that Petitioner's writ of habeas corpus be denied. ECF No. 148. Petitioner's objections to the Report and Recommendation were due February 19, 2025. To date, Petitioner has not filed any objections. To the extent that Petitioner wants to object to the Report and Recommendation, he should immediately request an extension of time with District Judge Daniels.

    Additionally, Petitioner has raised various allegations regarding his treatment at the Orleans Correctional Facility. ECF Nos. 150, 151. To the extent that Petitioner seeks relief for the alleged treatment, he is reminded of his right to file a civil rights lawsuit in the U.S. District Court for the Western District of New York.

**SO ORDERED.**

                                                                                 SARAH NETBURN
                                                                                 United States Magistrate Judge

DATED:       February 25, 2025
                  New York, New York