UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOHN WALDEN,

                Petitioner,                19 **CIVIL** 11409 (GBD)(SN)

     -against-                        **JUDGMENT**

WALCOTT, Superintendent,

                Respondent.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated July 29, 2025, Magistrate Judge Netburn's Report is ADOPTED IN FULL. Walden's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, (ECF No. 2), is DENIED. Furthermore, as Walden has not made a substantial showing of the denial of a federal right, a certificate of appealability will not issue. 28 U.S.C. § 2253; see Tanklejfv. Senkowski, 135 F.3d 235, 241--42 (2d Cir. 1998). This Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal in this case would not be taken in good faith. See Coppedge v. United States, 369 U.S. 438, 443-44 (1962); accordingly, the case is closed.

**Dated:**  New York, New York
         July 30, 2025

                                        **TAMMI M. HELLWIG**
                                           **Clerk of Court**

                          **BY:**    *K. Mango*

                                           **Deputy Clerk**